

FILED
10/9/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
LM

1:25-cr-00636
Judge Georgia N. Alexakis
Magistrate Judge Heather K. McShain
RANDOM/Cat. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 25 CR 636 |
| | ) | |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| MARIMAR MARTINEZ and | ) | Code, Section 111(a) and (b) |
| ANTHONY IAN SANTOS RUIZ | | |

## COUNT ONE

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about October 4, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

MARIMAR MARTINEZ,

defendant herein, forcibly impeded, intimidated, and interfered with persons designated in Title 18, United States Code, Section 1114, namely, U.S. Customs and Border Protection Border Patrol Agents, employees of the United States, while they were engaged in and on account of the performance of their official duties, and such acts involved a deadly and dangerous weapon, to wit a motor vehicle;

In violation of Title 18, United States Code, Section 111(a) and (b).

## COUNT TWO

The SPECIAL JUNE 2024 GRAND JURY further charges:

On or about October 4, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTHONY IAN SANTOS RUIZ,

defendant herein, forcibly impeded, intimidated, and interfered with persons designated in Title 18, United States Code, Section 1114, namely, U.S. Customs and Border Protection Border Patrol Agents, employees of the United States, while they were engaged in and on account of the performance of their official duties, and such acts involved a deadly and dangerous weapon, to wit a motor vehicle;

In violation of Title 18, United States Code, Section 111(a) and (b).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of
The UNITED STATES ATTORNEY