IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIMAR MARTINEZ et al.,<br><br>    Defendant. | 25 CR 636<br>Judge Georgia N. Alexakis |

## PRESERVATION ORDER

Having found that the materials requested are potentially relevant and material to the above captioned matter, it is hereby ordered that the United States Department of Homeland Security (DHS) is to preserve and maintain any and all records, emails, text messages, documents, notes and other materials related to the circumstances surrounding (i) the October 4, 2025 motor vehicle incident involving Mr. Anthony Ruiz, Ms. Marimar Martinez, and U.S. Customs and Border Protection Border Patrol Agents; (ii) the October 4, 2025 shooting by federal agents of Ms. Marimar Martinez; and (iii) the gathering of information for the October 4, 2025 press release from Assistant Secretary Tricia McLaughlin issued by DHS titled "Vehicles Again Used as Weapon in Attack against DHS Law Enforcement, Officers Forced to Fire Weapon on Armed Woman in Chicago."

Entered: 10/17/25

_/s/ Georgia N. Alexakis_
Judge Georgia N. Alexakis
United States District Court
Northern District of Illinois