UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY IAN SANTOS RUIZ | No. 25 CR 636<br><br>Judge Georgia N. Alexakis |

**MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The indictment in this case charges defendant with forcibly impeding, intimidating, and interfering with federal officer while using a deadly or dangerous weapon, in violation of Title 18, United States Code, Section 111(a) and (b).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendant Anthony Ian Santos Ruiz, who does not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

> Respectfully submitted,
>
> ANDREW S. BOUTROS
> United States Attorney
>
> By: /s/ *Aaron R. Bond*
> AARON R. BOND
> RONALD L DEWALD
> Assistant U.S. Attorneys
> 219 South Dearborn St., Rm. 500
> Chicago, Illinois 60604
> (312) 353-5300

Dated: October 22, 2025