# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIMAR MARTINEZ and<br>ANTHONY RUIZ | No. 25 CR 636<br><br>Judge Georgia N. Alexakis |

### ORDER

The Court grants the government's motion to dismiss the indictment and exonerate the defendants' respective bonds. [69]. At the November 20, 2025 status hearing in this matter, defendants orally moved for the dismissal to be with prejudice, and the government did not oppose that request. The Court therefore dismisses the indictment as to defendants Martinez and Ruiz with prejudice.

ENTER:

Date: November 20, 2025

_____
Georgia N. Alexakis
United States District Judge